In the Matter of the Estate of FREDERICK D. HODGMAN, Deceased.

MARTHA J. MEECH et al., Appellants; ALFRED C. HODGMAN, as Executor of FREDERICK D. HODGMAN, Deceased, et al., Respondents.

*Matter of Hodgman,* 11 App. Div. 344, affirmed.
(Argued November 23, 1899; decided December 15, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

December 2, 1896, affirming a decree of the surrogate of Washington county settling the accounts of an executor.

*Charles S. Foote* for appellants.

*C. H. Sturges* and *Edgar Hull* for respondents.

Order affirmed, with costs; no opinion.
All concur.